UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JACQUELYN FRANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:10-cv-00143-AEG |
| ) | |
| NATIONAL CHECK PROCESSING, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, JACQUELYN FRANK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

DATED: April 29, 2010                KROHN & MOSS, LTD.


By:___/s/ Gregory H. Moss_____
Gregory H. Moss
KROHN & MOSS, LTD.
Attorney for Plaintiff
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
(312) 578-9428


## CERTIFICATE OF SERVICE

I, Gregory H. Moss, certify that a true and correct copy of the foregoing was served upon Barry Kaufman, Esq., The Law Office of Barry W. Kaufman, P.L., 1817 Atlantic Boulevard, Jacksonville, Florida 32207, kaufmanlaw@comcast.net, via ELECTRONIC MAIL on April 29, 2010.

By: _/s/ Gregory H. Moss___
Gregory H. Moss

2
NOTICE OF SETTLEMENT

Case 2:10-cv-00143-AEG    Filed 04/29/10    Page 2 of 2    Document 5