UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JACQUELYN FRANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:10-cv-00143-AEG |
| NATIONAL CHECK PROCESSING, LLC, | ) ) ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

JACQUELYN FRANK (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NATIONAL CHECK PROCESSING, LLC (Defendant), in this case.

Both sides to bear their own costs and expenses.

DATED: May 17, 2010         KROHN & MOSS, LTD.

By:     /s/ Michael Agruss
Michael Agruss, Esq.
KROHN & MOSS, LTD.
Attorney for Plaintiff
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
323-988-2400

1

## **CERTIFICATE OF SERVICE**

     I, Gregory H. Moss, certify that a true and correct copy of the foregoing was served upon Barry Kaufman, Esq., The Law Office of Barry W. Kaufman, P.L., 1817 Atlantic Boulevard, Jacksonville, Florida 32207, kaufmanlaw@comcast.net, via ELECTRONIC MAIL on May 17, 2010.

                                          By: _/s/ Gregory H. Moss___
                                                  Gregory H. Moss